AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24-mj-3002 |
| James Oxley | ) | |
| | ) | DEC 23 2024 PM 1:45 |
| | ) | FILED - USDC - FLMD - TPA |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   James Oxley,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(B)(4), possession of child pornography;
18 U.S.C. § 2252(a)(1), transportation of child pornography.

Date: 12/22/24

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: [signature]
DEPUTY CLERK

[signature]
*Issuing officer's signature*

City and state:   Tampa, FL

US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12-23-24, and the person was arrested on *(date)* 12-22-24
at *(city and state)* TAMPA, FL.

Date: 12-23-24

[signature]
*Arresting officer's signature*

M. PHELPS DUSM
*Printed name and title*