UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                           Case No. 8:24-MJ-3002 LSG

JAMES OXLEY
_____/

**NOTICE OF APPEARANCE**

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, **JAMES OXLEY,** in the above-styled cause.

The Clerk is requested to enter the appearance of **YAMILETTE ALVAREZ**, Assistant Federal Defender, as counsel for the Defendant.

DATED this 2nd day of January 2025.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/ Yamilette Alvarez*
Yamilette Alvarez, Esq.
Assistant Federal Defender
Florida Bar# 1018448
400 North Tampa Street, Suite 2700
Tampa, FL. 33602
Telephone: 813-228-2715
Email: Yamilette_Alvarez@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of January 2025, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

Ilyssa Spergel, AUSA

/s/ *Yamilette Alvarez*
Yamilette Alvarez, Esq.
Assistant Federal Defender